So Ordered,

/s/(ARR)

Allyne R. Ross  U.S.D.J.
2/22/22

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------x

HARRIET HINES, on behalf of herself and
all others similarly situated,

        Plaintiff,

-against-

EAST NEW YORK KOSHER CORP. d/b/a
THE MARKET PLACE,

        Defendants.
--------------------------------x

Civil Action No. 1:21-cv-06718

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

    Plaintiff HARRIET HINES, and Defendant EAST NEW YORK KOSHER CORP. d/b/a THE MARKET PLACE, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

    Dated: February 10, 2022

By: _____
Michael Nacmias, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, New York 11238
(917) 602-6057
Michael@nacmiaslaw.com

By: _____
Oleg A. Mestechkin, Esq.
*Attorney for Defendants*
Mestechkin Law Group P.C.
1733 Sheepshead Bay Rd, Suite 29
Brooklyn, NY 11235
212.256.1113
om@lawmlg.com